UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED ANALYTICS, INC.,

           Plaintiff,

-against-

CITIGROUP, INC., LONDON STOCK EXCHANGE GROUP PLC, FTSE INTERNATIONAL LTD, and FRANK RUSSELL COMPANY,

           Defendants.

**ORDER**

20 Civ. 7034 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On May 7, 2004, Advanced Analytics, Inc. ("Plaintiff") filed a complaint (Dkt. No. 1 in 04 Civ. 3531) against Citigroup Global Markets, Inc. and The Yield Book, Inc., commencing the action in Advanced Analytics, Inc. v. Citigroup Global Markets, Inc. et al., 04 Civ. 3531 (LTS) (SLC) ("Advanced Analytics I");

On August 28, 2020, Plaintiff filed a complaint (Dkt. No. 1), commencing the above-captioned action ("Advanced Analytics II");

On November 30, 2020, Plaintiff filed an amended complaint (Dkt. No. 21) (the "Amended Complaint");

On December 14, 2020, Defendant Citigroup, Inc. ("Citi," with London Stock Exchange Group PLC., FTSE International, Ltd, and Frank Russell Company, the "Defendants") submitted a letter to the Court requesting an extension of its time to answer the Amended Complaint (Dkt. No. 23) (the "Letter Request for an Extension");

On December 16, 2020, the Court issued an order directing Plaintiff to respond to the Letter Request for an Extension by December 21, 2020 (Dkt. No. 24);

On December 21, 2020, Plaintiff filed its response to the Letter Request for an Extension (Dkt. No. 28);

On December 22, 2020, the Court issued an Order (Dkt. No. 29) directing the parties to show cause by January 4, 2021 as to why a stay should not be issued in Advanced Analytics II, given that the resolution of various issues in Advanced Analytics I may be dispositive of certain issues in the instant case;

NOW, THEREFORE, it is hereby **ORDERED**:

1. Unless otherwise ordered by the Court, the present action, Advanced Analytics II, will be stayed pending the final resolution of each of the following matters in Advanced Analytics I:

    a. Plaintiff's Objection to Magistrate Judge Pitman's September 4, 2019 Denial of Plaintiff's Sanction Motion Pursuant to Rule 56(h) (Dkt. No. 361 in 04 Civ. 3531);

    b. Plaintiff's Objection to Magistrate Judge's Report and Recommendation Granting Motion for Summary Judgment and Related Denial of Rule 56(d) Motion (Dkt. No. 362 in 04 Civ. 3531; see also Dkt. No. 390 in 04 Civ. 3531); and

    c. Plaintiff's Objection to Part of Magistrate Judge Cave's Order of June 9, 2020 and Denial of Plaintiff's Motion to Defer (Dkt. No. 442 in 04 Civ. 3531).

2. The deadline for Defendants to answer or otherwise respond to the Amended Complaint in the above-captioned matter shall be 60 days after all three Objections referenced above are resolved. Within seven days after all three Objections have been resolved, counsel will submit a joint letter to the Court notifying the Court of this development and the effect of that development on the instant case.

Dated: New York, New York
January 12, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge