UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

ADVANCED ANALYTICS, INC.,

                Plaintiff,

       -against-

CITIGROUP, INC., LONDON STOCK
EXCHANGE GROUP PLC, FTSE
INTERNATIONAL LTD, and FRANK
RUSSELL COMPANY,

                Defendants.

**ORDER**

20 Civ. 7034 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On January 12, 2021, this action was stayed pending the final resolution of certain matters in a related case, Advanced Analytics, Inc. v. Citigroup Global Markets, Inc. et al., 04 Civ. 3531 (LTS) (SLC) ("Advanced Analytics I"), "given that the resolution of various issues in Advanced Analytics I may be dispositive of certain issues in the instant case[.]" (Dkt. No. 34) On August 18, 2022, Defendants Citigroup Inc., London Stock Exchange Group plc., FTSE International, Ltd, and Frank Russell Company (collectively, "Defendants") filed a letter requesting that the stay in this action be extended until an appeal filed by Plaintiff Advanced Analytics, Inc. in Advanced Analytics I was "fully and finally resolved." (Dkt. No. 50) On September 1, 2022, this Court granted Defendants' request, and entered an order stating that "Defendants' time to answer or otherwise respond to the Amended Complaint is extended to fourteen days after issuance of the mandate from the Second Circuit in Advanced Analytics, Inc. v. Citigroup Global Markets, Inc., 22-1718 (2d Cir.)." (Dkt. No. 53) On July 14, 2025, Defendants filed a letter stating that the mandate in Advanced Analytics, Inc. v. Citigroup Global

Markets, Inc., 22-1718 (2d Cir.) had been issued on June 30, 2025.  (Dkt. No. 59)  Accordingly, the stay in this case is lifted.

In the same letter, Defendants seek leave to file a motion to dismiss Plaintiff's Amended Complaint.  (Dkt. No. 59)  Briefing concerning Defendants' motion will proceed on the following schedule:

1. Defendants' motion is due on **October 22, 2025**;
2. Plaintiff's opposition is due on **November 12, 2025**; and
3. Defendants' reply, if any, is due on **November 19, 2025**.

Under Rule IV(C) of this Court's individual rules – the "bundling rule" – the parties may not file motions electronically on ECF until the motion is fully briefed.  The Clerk of Court is directed to terminate the pre-motion letter.  (Dkt. No. 59)

Dated:  New York, New York
        October 1, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge