UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED ANALYTICS, INC.,

        Plaintiff,

    -against-

CITIGROUP, INC., LONDON STOCK
EXCHANGE GROUP PLC, FTSE
INTERNATIONAL LTD, and FRANK
RUSSELL COMPANY,

        Defendants.

**ORDER**

20 Civ. 7034 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **December 30, 2025, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  This conference is to be attended by Plaintiff's counsel, Kevin Tung, and Xiaolu Wang, as President of Advanced Analytics Inc.  Defendants need not attend.

Dated: New York, New York
       December 19, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge