UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED ANALYTICS, INC.,

           Plaintiff,

    -against-

CITIGROUP, INC., LONDON STOCK
EXCHANGE GROUP PLC, and FTSE
INTERNATIONAL LTD,

           Defendants,

**ORDER**

20 Civ. 7034 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       For the reasons stated today in open court, Kevin K. Tung's motion to withdraw as counsel for Plaintiff Advanced Analytics, Inc. is granted.  Plaintiff has 60 days – until **February 28, 2026** – to retain new counsel.  This action is stayed during this 60-day period.  If new counsel for Plaintiff has not entered a notice of appearance by the end of this 60-day period, this Court will dismiss this action for failure to prosecute.

       The transcript from today's conference is sealed for those portions reflecting the Court's discussion with Plaintiff's counsel and Mr. Wang regarding the representation issue. These portions of the transcript are to be made available only to Plaintiff and Plaintiff's counsel upon request.

Dated: New York, New York
      December 30, 2025

                    SO ORDERED.

                    _____

                    Paul G. Gardephe
                    United States District Judge