UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED ANALYTICS, INC.,

Plaintiff,

-against-

CITIGROUP, INC., LONDON STOCK
EXCHANGE GROUP PLC, and FTSE
INTERNATIONAL LTD,

Defendants,

**ORDER**

20 Civ. 7034 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On December 30, 2025, this Court conducted an ex parte conference with Xiaolu Wang – the principal of Plaintiff Advanced Analytics, Inc. – and Kevin Tung, who was then Plaintiff's counsel. At this conference, the Court granted Tung's motion to withdraw, and directed Advanced Analytics to retain substitute counsel within sixty days. The Court also explained to Wang that Advanced Analytics – as a corporation – must be represented by counsel, and that if substitute counsel was not retained within sixty days, Plaintiff's claims would be dismissed for failure to prosecute. The Court further explained to Wang that ex parte email communications he had sent to chambers on December 18, 2025, December 21, 2025, and December 22, 2025, were improper, because Wang – as a non-lawyer – could not make submissions to the Court on behalf of Advanced Analytics. (See (Dkt. No. 77))

Despite this explanation, Wang has continued to send ex parte communications to the Court, including a January 13, 2026 email. This Court will not consider written submissions

made by Wang on behalf of Advanced Analytics – whether in the form of a letter or an email –

and he should desist from making such submissions to the Court.

Dated: New York, New York
       January 15, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge