UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED ANALYTICS, INC.,

Plaintiff,

-against-

CITIGROUP, INC., LONDON STOCK
EXCHANGE GROUP PLC, and FTSE
INTERNATIONAL LTD,

Defendants,

**ORDER**

20 Civ. 7034 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On December 30, 2025, this Court issued an order that (1) granted the motion to withdraw as counsel submitted by Kevin Tung, then the attorney of record for Plaintiff Advanced Analytics, Inc.; (2) gave Plaintiff 60 days to retain new counsel; and (3) stayed this action during this 60-day period. (Dec. 30, 2025 Order (Dkt. No. 94)) On February 12, 2026, Zheng "Chris" Liu – an attorney admitted to practice in Massachusetts – submitted a motion "for admission to practice before this Court pro hac vice to appear as counsel for Plaintiff Advanced Analytics, Inc." (Liu Pro Hac Vice Mo. (Dkt. No. 101) at 1 (cleaned up))

As Plaintiff has retained new counsel, the stay in this action is lifted. The Court will conduct a conference in this action on **February 20, 2026, at 10:30 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        February 13, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge