# FRESHFIELDS

**DAVID Y. LIVSHIZ**

3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel +1 (212) 284-4979
david.livshiz@freshfields.com

February 17, 2026

**By ECF**

The Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:     Advanced Analytics, Inc. v. Citigroup Inc., et al., Case No. 20-cv-7034 (PGG)

Dear Judge Gardephe:

We represent Defendants London Stock Exchange Group PLC, FTSE International LTD, and Frank Russell Company (collectively, the "LSEG Defendants") in the above-captioned litigation.

We write in response to the Court's February 13, 2026 order, setting a case management conference for Friday, February 20, 2026. We write, with consent of all parties, to respectfully request a brief adjournment of this conference to accommodate pre-existing pre-trial and trial commitments in another matter.

Specifically, I am scheduled to be in San Francisco for a mock arbitration on February 19 and 20, and subsequently for an arbitral hearing from March 1 through March 20. In addition, I have a full-day, in-person mediation in New York on February 26.

As I intend to represent the LSEG Defendants at the conference, I respectfully request that the conference be rescheduled to a date that avoids these conflicts. We have coordinated with Plaintiff Advanced Analytics, Inc. and Defendant Citigroup, Inc. While each of the Defendants Citigroup, LSEG and Plaintiff have some conflicts next week, all parties confirm that they are generally available on the week of March 30. All parties consent to this request.

**MEMO ENDORSED:**

This application is denied.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: February 17, 2026

**FRESHFIELDS**

2|2

Respectfully submitted,

*s/ David Y. Livshiz*

David Y. Livshiz

Cc:  All Counsel of Record (via ECF)