UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED ANALYTICS, INC.,

                    Plaintiff,

        -against-

CITIGROUP, INC., LONDON STOCK
EXCHANGE GROUP PLC, and FTSE
INTERNATIONAL LTD,

                    Defendants,

**ORDER**

20 Civ. 7034 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated today in open court, by **February 27, 2026,** Plaintiff will make a submission stating whether Plaintiff consents to the following relief requested by Defendants:

1.     that the motion to dismiss opposition briefs docketed by Plaintiff on December 29, 2025 (Dkt. Nos. 89, 90) be stricken;

2.     that the versions of these briefs that Plaintiff served on Defendants on December 3, 2025 be docketed by Plaintiff;

3.     that the Wang Declaration (Dkt. No. 91) – submitted in connection with Plaintiff's opposition to Defendants' motions to dismiss – be stricken; and

4.     that portions of the Wang Declaration containing information "designated as confidential pursuant to [a] confidentiality order" issued in <u>Advanced Analytics, Inc. v. Citigroup Global Markets, Inc.</u>, 04 Civ. 3531 (LTS) (SLC), be sealed. (Dec. 12, 2025 London Stock Exchange Defs. Ltr. (Dkt. No. 70) at 1; <u>see also</u> 04 Civ. 3531, Dkt. No. 25 (Confidentiality Order).

In the event that Plaintiff does not consent to the requested relief, it will set forth a good faith,

non-frivolous explanation for its position.

Dated: New York, New York
      February 20, 2026              SO ORDERED.

                                  Paul G. Gardephe
                                  United States District Judge